UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.R.C.,

Petitioner,

-against-

Kenneth GENALO, Director, New York Field
Office, Immigration and Customs
Enforcement; Paul ARTETA, Sheriff of
Orange County and the Director of Orange
County Jail; Daren MARGOLIN, Director,
Executive Office for Immigration Review;
Pamela BONDI, Attorney General of U.S.;
Markwayne MULLIN, Secretary of Homeland
Security; and Todd LYONS, Acting Director,
U.S. Immigration and Customs Enforcement,

Respondents.

Case No. 1:26-cv-02694 (JLR)

**<u>ORDER TO ANSWER</u>**

JENNIFER L. ROCHON, United States District Judge:

Petitioner has, through counsel, filed a Petition for the writ of *habeas corpus* under 28

U.S.C. § 2241.  The Court, having examined the Petition, hereby ORDERS that:

(1) By **April 3, 2026**, Respondents shall file a letter with the following information:

   a. The statutory provision(s) under which Respondents assert the authority to detain
      Petitioner;

      i. Whether there is any basis to distinguish this case from *J.C.G. v. Genalo*,
         No. 24-cv-08755 (JLR), 2025 WL 88831 (S.D.N.Y. Jan. 14, 2025) and, if
         not, whether Respondents would consent to issuance of the writ — subject
         to preservation of Respondents' arguments for appeal.

      ii. If the asserted basis for Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A),
          whether there is any basis to distinguish this case from *Guzman Andujar v.
          Francis*, No. 25-cv-09199 (JLR), 2025 WL 3215597 (S.D.N.Y. Nov. 18,
          2025).  If not, whether Respondents would consent to issuance of the
          writ — subject to preservation of Respondents' arguments for appeal.

   b. a copy of any final order of removal; and

   c. any information regarding the procedural posture of any pending Department of

Homeland Security or Executive Office for Immigration Review proceedings.

(2) Unless and until the Court orders otherwise, Respondents shall file an answer to the Petition by **April 7, 2026**; and

(3) Unless and until the Court orders otherwise, Petitioner shall file any reply by **April 13, 2026**.

This matter shall be heard by the Court on **April 27, 2026** at **10:00 a.m.** in the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY 10007.  **Respondents shall produce Petitioner at the conference**.

To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court.  *See, e.g.*, *M.K. v. Joyce*, No. 25-cv-01935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-cv-00644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").  **Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court**.  *See, e.g.*, *Perez y Perez v. Noem*, No. 25-cv-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-cv-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-cv-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

### CONCLUSION

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

By **April 3, 2026**, Respondents shall file a letter with the Court with the information described in this order.  Respondents shall file an answer to the Petition by **April 7, 2026**. Petitioner shall file any reply by **April 13, 2026.**

The matter shall be heard by the Court on **April 27, 2026**, at **10:00 a.m.** in the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY 10007.  **Respondents shall produce Petitioner at the conference**.

Dated: April 1, 2026
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge