UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.R.C.,

                              Petitioner,

        -against-

Kenneth GENALO, Director, New York Field
Office, Immigration and Customs
Enforcement; Paul ARTETA, Sheriff of
Orange County and the Director of Orange
County Jail; Daren MARGOLIN, Director,
Executive Office for Immigration Review;
Pamela BONDI, Attorney General of the U.S.;
Markwayne MULLIN, Secretary of Homeland
Security; and Todd LYONS, Acting Director,
U.S. Immigration and Customs Enforcement,

                              Respondents.

Case No. 1:26-cv-02694 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record on April 27, 2026, the Court GRANTS Petitioner's

habeas petition to the extent he requests a bond hearing. By **May 4, 2026**, the immigration court

must either (1) hold a bond hearing at which the government bears the burden of proving, by

clear and convincing evidence, that Petitioner is a danger to the community or a flight risk, or (2)

release Petitioner. In determining whether to grant bond, the immigration judge must consider

the availability of alternative conditions of release; in determining the amount of any bond

imposed, the immigration judge shall consider the Petitioner's ability to pay. The petition is

otherwise DENIED, and Petitioner's motion for release pending adjudication of his petition

under *Mapp v. Reno* is DENIED as MOOT.

Regarding Petitioner's motion to seal, the parties shall work together to identify

information that should be redacted from Respondents' filings, and Respondents shall refile

those documents with the agreed-upon redactions applied.  The Clerk of Court is respectfully

directed to terminate the motions at Dkt. 3 and Dkt. 13 and to close the case.

Dated: April 27, 2026
      New York, New York

SO ORDERED.

_Jennifer Rochon_

JENNIFER L. ROCHON
United States District Judge

2