**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
C.R.C.,

                          Petitioner,                    26 **CIVIL** 2694 (JLR)

        -against-                              **JUDGMENT**

Kenneth GENALO, Director, New York Field
Office, Immigration and Customs Enforcement;
Paul ARTETA, Sheriff of Orange County and the
Director of Orange County Jail; Daren
MARGOLIN, Director, Executive Office for
Immigration Review; Pamela BONDI, Attorney
General of the U.S.; Markwayne MULLIN,
Secretary of Homeland Security; and Todd
LYONS, Acting Director, U.S. Immigration and
Customs Enforcement,

                          Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 27, 2026, the petitioner's habeas petition is GRANTED

to the extent he requests a bond hearing; accordingly, the case is closed.

**DATED:** New York, New York
          April 28, 2026

                                  **TAMMI M. HELLWIG**
                                  _____
                                  **Clerk of Court**

                  **BY:**      _____
                                   **Deputy Clerk**